■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE PRICE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered September 19, 1983, convicting her of attempted robbery in the second degree, upon her plea of guilty, and imposing a sentence of 1⅓ to 4 years' imprisonment.

Judgment affirmed.

Defendant contends that her confession, obtained 6½ hours after her arrest, should have been suppressed. The record supports a conclusion that defendant was lawfully arrested and properly advised of her *Miranda* rights. She voluntarily agreed to make a statement without an attorney present. There was no indication that she was deprived of food, drink or sleep. Therefore, suppression of defendant's statement was properly denied (*cf. People v Casassa,* 49 NY2d 668, *cert denied* 449 US 842; *People v Crosby,* 91 AD2d 20, *lv denied* 59 NY2d 765; *People v Clow,* 62 AD2d 880).

The sentence imposed was in accordance with the bargained plea and the appellate modification is not warranted (*cf. People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Titone, J. P., O'Connor, Rubin and Lawrence, JJ., concur.